# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SARAH REYNOLDS, | Case No. 2:17-cv-02798-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| WYNN LAS VEGAS, LLC, et al., | (Docket No. 17) |
| Defendant(s). | |

Pending before the Court is the parties' joint discovery plan and scheduling order. Docket No. 17. Local Rule IA 6-2 dictates the placement of the signature block intended for the court in granting a motion. The parties fail to abide by this instruction. *Id.* Therefore, the Court **DENIES** without prejudice the parties' joint discovery plan and scheduling order. Docket No. 17. The parties shall file a renewed joint discovery plan no later than March 22, 2018.

IT IS SO ORDERED.

DATED: March 19, 2018

                                                                                                                _____
NANCY J. KOPPE
United States Magistrate Judge